IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 28 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:09-CR-0028 (01) |
| | § | |
| SAMUEL FELIX | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, AND DENYING DEFENDANT'S MOTIONS TO SUPPRESS

On May 22, 2009, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the May 12, 2009 motion to suppress evidence and the May 14, 2009 motion to suppress statements, filed by defendant SAMUEL FELIX be denied. On May 27, 2009, defendant filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Defendant's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the May 12, 2009 and May 14, 2009 motions to suppress filed by defendant Felix are DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _May_____ 2009.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT