# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 26, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 12-10777   USA v. Samuel Felix
   USDC No. 2:09-CR-28-1

RECEIVED DEC 18 2012 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

The court has granted the appellant's motion to supplement the record in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Melissa V. Mattingly, Deputy Clerk
                504-310-7719

Ms. Bonita L. Gunden
Mr. Jason Douglas Hawkins
Mr. James Wesley Hendrix
Ms. Karen S. Mitchell